[No. 29211-1-I.     Division One.     February 22, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICIA
ANN DEAN, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 90-1-00974-4, Joseph A. Thibodeau, J.,
entered September 20, 1991. *Affirmed* by unpublished per
curiam opinion.

[No. 30914-5-I.     Division One.     February 22, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v.
JOSHUA PENNELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-8-01608-9, Bobbe J. Bridge, J., entered May
20, 1992. *Affirmed* by unpublished opinion per Scholfield, J.,
concurred in by Pekelis, A.C.J., and Coleman, J.

[No. 32651-1-I.     Division One.     February 22, 1994.]

FREDRIC DANZ, ET AL, *Appellants*, v. THE TRAVELERS
INDEMNITY, *Respondent*, SYNSTRATA CORPORATION,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-0-24307-7, Jerome M. Johnson, J., entered
April 5, 1993. *Reversed* by unpublished opinion per Forrest,
J. Pro Tem., concurred in by Webster, C.J., and Kennedy, J.

[No. 15606-7-II.     Division Two.     February 22, 1994.]

KENYON E. LUCE, *Appellant*, v. THE DEPARTMENT OF
RETIREMENT SYSTEMS, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 91-2-02012-0, Leonard W. Kruse, J., entered
December 12, 1991. *Affirmed* by unpublished opinion per Al-
exander, J., concurred in by Seinfeld, A.C.J., and Houghton,
J.